UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Mag. No. 11-2520 (DEA)
 :
v. :
 :
LEONARD RAMIREZ : <u>CONTINUANCE ORDER</u>

The defendant having been arrested on a criminal complaint charging the defendant possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), having been filed; and the defendant having appeared before the Court for an initial appearance; and the defendant having been represented by Brian Reily, Esq.; and the defendant and his counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this continuance so that the parties can negotiate a plea agreement and thereby avoid a possible trial; and for good cause shown;

IT IS on this 7th day of December, 2011,

ORDERED that from the date this Order is entered, to and including February 2, 2012, ~~2011~~, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire time to

discuss plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Nelson S.T. Thayer, Jr.
Attorney In Charge, Trenton Office


_____
Brian Reily, Esq.
Counsel for Leonard Ramirez


_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

discuss plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Nelson S.T. Thayer, Jr.
Attorney In Charge, Trenton Office

_____
Brian Reilly, Esq.
Counsel for Leonard Ramirez

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge